UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON DIAZ and CANDACE AGATE, individually and on behalf of a class of persons similarly situated, and on behalf of the BTG International, Inc., Profit Sharing 401(k) Plan,<br><br>                            Plaintiffs,<br><br>            v.<br><br>BTG INTERNATIONAL, INC., BTG INTERNATIONAL, INC., PROFIT SHARING 401(k) PLAN COMMITTEE with each individual committee member identified as JOHN and JANE DOES 1-20, UNKNOWN MONITORING DEFENDANT with individual members of the Monitoring Defendant identified as JOHN and JANE DOES 21-31 and UNKNOWN FIDUCIARIES with its individual members identified as JOHN and JANE DOES 32-42,<br>                            Defendants. | **CIVIL ACTION NO.**: 2:19-cv-01664-MSG |

**PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Ramon Diaz and Candace Agate (collectively "Plaintiffs"), participants in the BTG International, Inc. Profit Sharing 401(k) Plan (the "Plan") hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

    1.    Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), executed on August 19, 2020 and previously filed with the Court on August 20, 2020 (ECF 44-45);

    2.    Certifying the Class as defined in the Settlement Agreement;

3. Appointing Named Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum in support of Plaintiffs' Final Approval of Class Action Settlement; and

B. Declaration of Mark K. Gyandoh in support of Plaintiffs' Motion for Final Approval of Class Action Settlement and exhibits thereto.

Attached hereto is the proposed Judgment Approving Class Action Settlement in the form agreed to by the parties and attached to the Settlement Agreement as Exhibit B;

DATED: December 7, 2020

Respectfully submitted,

/s/ Mark K. Gyandoh
Mark K. Gyandoh, Esquire
Donald R. Reavey, Esquire
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (717) 233-4101
Facsimile: (717) 233-4103

*Class Counsel*