UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON DIAZ AND CANDACE AGATE, : | |
|     Plaintiffs, : | |
| : | 19-cv-1664-JMY |
| v. : | |
| : | |
| BTG INTERNATIONAL INC., et al., : | |
|     Defendants. : | |

**ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND <u>PLAINTIFFS' CASE CONTRIBUTION AWARDS</u>**

This matter having come before the Court for a Final Fairness Hearing on January 21, 2021, and on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs (ECF No. 48), having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

    1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement and Release ("Settlement Agreement") dated August 19, 2020, and filed with the Court.

    2.    This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $186,648.00 and reimbursement of expenses in the sum of $2,347.72 (the "Attorneys' Fees and Expenses"), to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. No other fees, costs or expenses may be awarded to Plaintiffs' Class Counsel in connection with the Settlement. The Attorneys' Fees and Expenses shall be paid to Plaintiffs' Class Counsel in accordance with he terms of the Settlement Agreement.

4. Each of the two Named Plaintiffs is awarded $10,000.00 each for a total award of $20,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

SO ORDERED this 14th day of June, 2021.

BY THE COURT:

  /s/ John Milton Younge
JUDGE JOHN MILTON YOUNGE
UNITED STATES DISTRICT JUDGE